UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>C. LA PRIAM,<br><br>Defendant. | Case No. 2:24-cv-01005-FMO-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NO. 24] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the January 30, 2026 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Dismiss the First Amended Complaint ("Motion") is granted to the extent it seeks dismissal of Plaintiff's Fifth and Sixth Amendment claims and such claims are dismissed without leave to amend.

///

///

2. Defendant's Motion is denied to the extent it seeks dismissal of Plaintiff's Fourteenth Amendment due process claim and this action shall proceed solely on such claim.

3. Defendant shall file an Answer to the remaining portion of the First Amended Complaint within fourteen (14) days.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order on Plaintiff and counsel for Defendant.

IT IS SO ORDERED

DATED: July 24, 2026

______________/s/____________________________
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE